862

No. 09–11096. PERKINS v. CULLIVER, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–11098. SMITH v. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 09–11102. J. F. v. SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied. 

No. 09–11104. FRANKLIN v. SCRIBNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–11105. FINLEY v. NIXON, GOVERNOR OF MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 09–11107. THOMAS v. FORTNER, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 09–11108. WILLIAMS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 09–11111. MONIZ v. MCKEE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 09–11112. OGOT v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 09–11113. NORTHERN v. BOATWRIGHT, WARDEN. C. A. 7th Cir. Certiorari denied. 

No. 09–11118. THOMAS v. VIRGINIA. Sup. Ct. Va. Certiorari denied. 

No. 09–11119. HUNG NAM TRAN ET AL. v. TIMBERLAKE ET AL. C. A. 7th Cir. Certiorari denied.

No. 09–11123. ALLEN v. COLEMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–11124. ANTHONY v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. 
